AO 91, Rev. 11/82 (T. ZALESKI Authorizing)

# CRIMINAL COMPLAINT

\# 10-045

| | |
|---|---|
| **United States District Court** | DISTRICT<br>Eastern District of Pennsylvania |
| UNITED STATES OF AMERICA<br>v.<br>ROY BOWMAN | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>10 - 255 |

Complaint for violation of Title 18 United States Code § 2118(b)

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| Honorable TIMOTHY R. RICE | U.S. Magistrate Judge | Philadelphia, PA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| February 13, 2010 | Philadelphia, PA | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about February 13, 2010, in the Eastern District of Pennsylvania, defendant, **ROY BOWMAN,** without authority, entered, and aided and abetted the entry of, the business premises of a person registered with the Drug Enforcement Administration under 21 U.S.C. § 822, that is, the Walgreen's Pharmacy, located at 7001 Frankford Avenue, Philadelphia, Pennsylvania, with intent to steal materials and compounds containing any quantity of a controlled substance, including but not limited to, Oxycodone, Percocet, Hydromorphone, and Morphine; all Schedule II controlled substances; and whose replacement value was not less than $500. In violation of Title 18, United States Code, Sections 2118(b) and 2.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| | |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>Det. Mark McCullion<br>Detective Mark McCullion<br><br>OFFICIAL TITLE<br>Task Force Officer, Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| | |
|---|---|
| SIGNATURE OF MAGISTRATE (1)<br>Honorable TIMOTHY R. RICE, United States Magistrate Judge | DATE<br>2/17/10 |

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AFFIDAVIT

I, Mark McCullion, being duly sworn, hereby depose and say:

1. I have been employed by the Philadelphia Police Department for the last 17 years, and have been a detective for the last 11 years. I am presently assigned to the joint Federal Bureau of Investigation/Philadelphia Police Department Violent Crimes Task Force that investigates, among other crimes, bank robbery, Hobbs Act robbery, kidnaping, pharmacy burglary, and fugitive cases. The statements in this affidavit are based on video surveillance, police reports, and the recovery of physical evidence from the crime scene. These statements are true and correct to the best of my knowledge, information and belief.

2. On or about February 13, 2010, at approximately 6:41 a.m. a silent alarm was triggered at the front door of the Walgreen Pharmacy, 7001 Frankford Avenue, Philadelphia, Pennsylvania. At approximately 6:45 a.m., motion detectors inside the business were also triggered. Ademco alarm company was able to monitor surveillance cameras inside the Walgreen in "real time" and observed a white male in the process of burglarizing the business. Ademco alerted the Philadelphia Police to the burglary in process, and provided information about the bandit's actions in the store and his subsequent attempt to flee the business into an adjacent alleyway.

3. At approximately 7:05 a.m., Philadelphia Police responded to the Walgreen Pharmacy and observed the front door to the business pried open. Responding officers then received additional information that the bandit had fled the business into the alleyway. Officers entered the alleyway and observed a white male, later identified as ROY BOWMAN, walking in the alleyway carrying a large, plastic container. Police identified themselves, ordered BOWMAN to stop. BOWMAN dropped the container and attempted to run from police, but he was arrested after a short foot pursuit. Officers recovered the plastic container that BOWMAN had been carrying and determined that it contained numerous bottles of Walgreen Pharmacy narcotics and a ski mask. The bottles of narcotics that officers observed BOWMAN carrying were shown to the Walgreen Pharmacy manager who identified them as items belonging to the store.

4. Philadelphia Police later recovered a copy of the surveillance video tape that had been operational inside Walgreen Pharmacy. The videotape captured images of BOWMAN burglarizing the store. Police also recovered a large crow bar and broom inside the

Walgreen Pharmacy that BOWMAN could be seen on video surveillance carrying inside the business during the burglary.

5. A preliminary audit conducted by the Walgreen Pharmacy manager determined that numerous Schedule II narcotics including oxycodone, percocet, hydromorphone, and morphine worth approximately $50,000 had been stolen from the business during the burglary.

6. Based on the foregoing facts, I believe probable cause exists that on or about February 13, 2010, ROY BOWMAN entered the business premises of Walgreen's Pharmacy, 7001 Frankford Avenue, Philadelphia, Pennsylvania, a business registered with the Drug Enforcement Administration, with the intent to steal controlled substances in violation of United States Criminal Code, Title 18, Section 2118 (b)(1).

Det. Mark McCullion

Task Force Officer Mark McCullion
Federal Bureau of Investigation

Sworn to and subscribed before me
this 17 day of February 2010.

Timothy R. Rice

HONORABLE TIMOTHY R. RICE
United States Magistrate Judge